UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CR-00011-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DARREN LEE JOY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the following motions filed by the Government: (1) Motion for a Status Conference, (Doc. No. 31); (2) Supplemental Motion for a Status Conference, (Doc. No. 32); (3) Motion for Discovery, (Doc. No. 34); (4) Motion in Limine re: Self Serving Hearsay and Opinion Testimony, (Doc. No. 36); (5) Motion in Limine to Exclude Tax Defier "Evidence" and Arguments, (Doc. No. 37); and (6) Motion in Limine to Admit Certain Bank and Business Records, (Doc. No. 40).

For the reasons stated in open court at the hearing held on June 30, 2022, at 9:30 a.m., IT IS THEREFORE ORDERED that:

1. the Government's Motion for a Status Conference, (Doc. No. 31), Supplemental Motion for a Status Conference, (Doc. No. 32), Motion for Discovery, (Doc. No. 34), and Motion in Limine to Admit Certain Bank and Business Records, (Doc. No. 40) are GRANTED;

2. the Government's Motion in Limine to Exclude Tax Defier "Evidence" and Arguments, (Doc. No. 37), is GRANTED IN PART solely to the extent the Government seeks to prevent Defendant from presenting evidence to the jury that the tax laws are unconstitutional and the Court otherwise DEFERS on ruling on the motion; and

3. The Court DEFERS on ruling on the Government's Motion in Limine re: Self Serving Hearsay and Opinion Testimony, (Doc. No. 36).

**The Court DIRECTS the Government to prepare draft jury instructions for this matter, which shall be filed with the Court and served on Defendant by July 8, 2022. The Court will rule on any requested amendments to the jury instructions Defendant may have at the jury charge conference.**

IT IS SO ORDERED.

Signed: July 1, 2022

Frank D. Whitney
United States District Judge