# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **DOCKET NO. 3:22CR11** |
| V. | ORDER |
| **DARREN LEE JOY** | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Request for Court Appointed Counsel to aid in pre-sentencing interview, hearings, negotiation and agreement (Doc#56). In order for the Court to ascertain whether Mr. Joy qualifies for Court Appointed Counsel, he is required to complete a financial affidavit and file it with the Court.

**IT IS ORDERED**, that Defendant, Darren Lee Joy, is directed to complete and file with the Court a financial affidavit. Mr. Joy is allowed to contact the Federal Defender's Office for assistance in completing the Financial Affidavit. The Clerk is directed to mail a copy of this order and a Financial Affidavit to to Mr. Joy at his address of record.

Signed: October 20, 2022

Frank D. Whitney
United States District Judge