# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

United States of America
v.
Darren Lee Joy

Case No: 0419 3:22CR00011-001

USM No: 82836-509

Date of Original Judgment: 05/24/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 36 months **is reduced to** 28 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated May 26, 2023, shall remain in effect.
**IT IS SO ORDERED**.

Signed: January 22, 2024

Frank D. Whitney
United States District Judge

Effective Date: 02/01/2024
*(if different from order date)*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Darren Lee Joy
CASE NUMBER:  0419 3:22CR00011
DISTRICT:  Western District of North Carolina

### I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 18    Amended Total Offense Level: 16
Criminal History Category: I    Criminal History Category: I
Previous Guideline Range: 27 to 33 months    Amended Guideline Range: 21 to 27 months

### II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ The reduced sentence is above the amended guideline range.

### III.  FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant is eligible for a reduction under Amendment 821 of the United States Sentencing Guidelines because he is a "Zero-Point Offender" under revised Guideline Section 4C1.1(a). Therefore, he is entitled to a 2-level reduction of his total offense level, from a total offense level of 18 to a total offense level of 16. Further, the Court has considered the sentencing factors set forth in 18 U.S.C. 3553(a) in rendering an appropriate reduced sentence and finds that a sentence of 28 months is sufficient but not greater than necessary to serve the purposes of sentencing.